NO. CAAP-16-0000890 and CAAP-17-0000216


IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI‘I


CAAP-16-0000890
PRUDENTIAL LOCATIONS, LLC, Plaintiff-Appellant, v.
LORNA GAGNON, PRESTIGE REALTY GROUP LIMITED LIABILITY COMPANY,
Defendants/Cross-Claim Defendants-Appellees, and RE/MAX LLC,
LORRAINE CLAWSON, Defendants/Cross-Claimants/Third-Party
Plaintiffs-Appellees, and KEVIN TENGAN, Third-Party
Defendant-Appellee, and DOES 1-15, Defendants

and

CAAP-17-0000216
PRUDENTIAL LOCATIONS, LLC, Plaintiff-Appellant, v.
LORNA GAGNON, PRESTIGE REALTY GROUP LIMITED LIABILITY COMPANY,
Defendants/Cross-Claim Defendants-Appellees, and RE/MAX LLC,
LORRAINE CLAWSON, Defendants/Cross-Claimants/Third-Party
Plaintiffs-Appellees, and KEVIN TENGAN, Third-Party
Defendant-Appellee, and DOES 1-15, Defendants

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 13-1-2328)


ORDER DISMISSING MOTION FOR RECONSIDERATION
(By: Ginoza, Chief Judge, and Hiraoka, J.[1])

---

[1] Associate Judge Alexa D.M. Fujise, who was a member of the panel for this appeal, has retired with her last day on the court being April 30, 2020.

Upon review of the record, it appears that:

1.   On June 26, 2020, we entered an order granting in part and denying in part the motion for fees and costs filed by Plaintiff-Appellant Prudential Locations, LLC (**Locations**), without prejudice to Locations filing a motion for reconsideration of certain issues;

2.   On July 6, 2020, Locations filed a timely motion for reconsideration of our June 26, 2020 order;

3.   On July 8, 2020, Defendants-Appellees Lorna Gagnon and Prestige Realty Group Limited Liability Company (collectively, **Gagnon**) filed an application for writ of certiorari with the Hawaiʻi Supreme Court;

4.   "[J]urisdiction divests to the supreme court upon an application for writ of certiorari[.]"  Christiansen v. First Ins. Co. of Hawaii, Ltd., 88 Hawaiʻi 136, 140, 963 P.2d 345, 349 (1998); and

5.   Consequently, we no longer have appellate jurisdiction over appellate court case numbers CAAP-16-0000890 and CAAP-17-0000216 (consolidated), and we cannot rule on the merits of Location's July 6, 2020 motion for reconsideration.

Therefore, **IT IS HEREBY ORDERED** that Locations' July 6, 2020 motion for reconsideration is dismissed for lack of appellate jurisdiction.

DATED:  Honolulu, Hawaiʻi, July 10, 2020.

/s/ Lisa M. Ginoza
Chief Judge

/s/ Keith K. Hiraoka
Associate Judge

2